[No. 49695-6-I.   Division One.   October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BOURDEAU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07850-6, Ann Schindler, J., entered December 10, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49699-9-I.   Division One.   October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-04508-5, Dale B. Ramerman, J., entered December 7, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49700-6-I.   Division One.   October 21, 2002.]

ALMA SANTOS, ET AL., *Appellants*, v. LAURIE THORNTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-24387-1, Joan E. DuBuque, J., entered December 3, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49819-3-I.   Division One.   October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST LAMAR ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05404-6, Richard A. Jones, J., entered December 6, 2001. *Reversed* by unpublished per curiam opinion.